JACKSON LEWIS LLP
DALE KUYKENDALL (SBN 148833)
BRENDAN J. BEGLEY (SBN 202563)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendant
SHORE COMMUNICATIONS, INC.

ALDON L. BOLANOS
LAW OFFICE OF ALDON BOLANOS
917 G Street, Second Floor
Sacramento California 95814
Telephone:  (916) 446-2800
Facsimile:  (916) 446-2828

Attorneys for Plaintiff
CURTIS A. ATWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CURTIS A. ATWOOD,<br><br>  Plaintiff,<br><br>  v.<br><br>SHORE COMMUNICATIONS INC., DOES 1-10,<br><br>  Defendants. | Case No. 2:09-CV-02224 FCD DAD<br><br>**STIPULATION AND ORDER TO EXTEND THE DUE DATE OF SUPPLEMENTAL BRIEFING RELATED TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date:  October 16, 2009 **(VACATED)**<br>Time:  10:00 a.m.<br>Ctrm:  2<br><br>COMPLAINT FILED:  JULY 10, 2009<br>TRIAL DATE:  NONE SCHEDULED |

TO THE HONORABLE FRANK C. DAMRELL, JR., AND THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION:

Plaintiff Curtis A. Atwood ("Plaintiff") and Defendant Shore Communications, Inc. ("Defendant"), by and through their respective attorneys of record, hereby stipulate and request the Court to extend their respective deadlines to file supplemental briefs related to Plaintiff's motion to remand (as directed by the Court in a Minute Order dated October 21, 2009).

Specifically, Plaintiff and Defendant (collectively, "the parties") stipulate and hereby request the Court to continue Defendant's deadline to file and serve a supplemental opposition brief from Monday, October 27, 2009, to Friday, October 30, 2009, at 4:00 p.m.  Likewise, the parties stipulate and hereby request the Court to continue Plaintiff's deadline to file and serve his supplemental reply brief from Friday, October 30, 2009, to Wednesday, November 3, 2009, at 4:00 p.m.  The parties have stipulated to and request these continuances in light of recent settlement negotiations that may avert the need for supplemental briefing or any further litigation in this matter.

      IT IS SO STIPULATED:

Dated:  October 23, 2009        LAW OFFICE OF ALDON BOLANOS

        By: _/s/ Aldon Bolanos (authorized Oct. 23, 2009)_
           ALDON L. BOLANOS

           Attorney for Plaintiff
           CURTIS A. ATWOOD

Dated:  October 23, 2009        JACKSON LEWIS LLP

        By: _____/s/_____
           DALE KUYKENDALL
           BRENDAN J. BEGLEY

           Attorneys for Defendant
           SHORE COMMUNICATIONS, INC.

### **ORDER**

      IT IS SO ORDERED:

Dated:  October 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Briefing Related To Plaintiff's Motion To Remand    Case No. 2:09-cv-02224-FCD-DAD