THE BOLANOS LAW FIRM
ALDON BOLANOS (SBN: 233915)
917 G Street, Second Floor
Sacramento, California 95814
Telephone: (916) 446-2800
Facsimile: (916) 446-2828

Attorney for Plaintiff
CURTIS A. ATWOOD

JACKSON LEWIS LLP
DALE KUYKENDALL (SBN 148833)
BRENDAN J. BEGLEY (SBN 202563)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendant
SHORE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CURTIS A. ATWOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHORE COMMUNICATIONS INC., DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:09-cv-02224-FCD- KJN<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br><br><br>COMPLAINT FILED:   JULY 10, 2009<br>TRIAL DATE:             JULY 26, 2011 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to a Settlement Agreement and General Release between Defendant Shore Communications, Inc. and Plaintiff Curtis A. Atwood, the parties hereby stipulate and

1

request that all parties and claims be dismissed with prejudice in the above-entitled action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Dated: April __, 2010          THE BOLANOS LAW FIRM


By:  __/s/_____
       ALDON BOLANOS

Attorney for Plaintiff
CURTIS A. ATWOOD


Dated: April __, 2010          JACKSON LEWIS LLP


By:  __/s/_____
       DALE R. KUYKENDALL
       BRENDAN J. BEGLEY

Attorneys for Defendant
SHORE COMMUNICATIONS, INC


**ORDER**

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. E.D. Cal. Case No. 2:09-cv-02224-FCD- KJN, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 12, 2010          _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

2